

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

FEB 0 7 2007

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No. 307 CR 00006 |
| | In violation of: |
| TERRANCE KENNETH SUGGS, JR. | |
| AKA "Terry K. Moore" | Title 18, United States Code |
| "T.Y." | Sections 1513(b) |

I N D I C T M E N T

### Count One

The Grand Jury charges:

That on or between November, 2006, and continuing up until the return of this Indictment, in the Western Judicial District of Virginia, the defendant, TERRY KENNY SUGGS, JR., also known as "TERRY KENNY MOORE" and "T.Y.", knowingly threatened to engage in conduct to cause bodily injury to Yah Yah Veney and or the family of Yah Yah Veney, with the intent to retaliate against Veney for information Veney provided to law enforcement officers regarding violations of federal offenses.

In violation of Title 18, United States Code, Section 1513(b).

A TRUE BILL, this ___7th___ day of February 2007.

_____
FOREPERSON

_____
JOHN L. BROWNLEE
UNITED STATES ATTORNEY